IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-255-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SAKIMA IBAN SALIH EL BEY, ) | |
| ) | |
| and ) | |
| ) | |
| JUDITH A. GIBSON, in her official capacity ) | |
| as REGISTER OF DEEDS for ) | |
| Mecklenburg County, North Carolina ) | |
| ) | |
| Defendants. ) | |

Upon "Plaintiff's Motion to Stay the Initial Attorney's Conference" (Document No. 20) filed October 26, 2007, for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that this Court will stay all discovery and the Initial Attorneys' Conference until the Court has ruled on "Plaintiff's Motion for Summary Judgment" (Document No. 17).

**IT IS SO ORDERED**.

Signed: October 30, 2007

David C. Keesler
United States Magistrate Judge