IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cv-00255-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAKIMA IBAN SALIH EL BEY, ) <br> ) <br> and ) <br> ) <br> JUDITH A. GIBSON, in her official capacity ) <br> as REGISTER OF DEEDS for Mecklenburg ) <br> County, North Carolina, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte* as to this Court's Order filed December 21, 2007 (Doc. No. 24). The Order contained a clerical error regarding the appearance of Defendant El Bey at the hearing on the same day. Accordingly, it shall be VACATED and replaced in its entirety with the Order filed by the Court on December 27, 2007.

IT IS SO ORDERED.

Signed: December 27, 2007

Frank D. Whitney
United States District Judge