# United States District Court
# For The Western District of North Carolina
# Charlotte Division

United States of America,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:07cv255

Sakima Iban Salih El Bey,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 27, 2007 Order.

                                            Signed: December 27, 2007

                                            Frank G. Johns, Clerk
                                            United States District Court